AO 440 (Rev. 8/01)Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

Euris Lawrence

V.

City of New Iberia
(New Iberia Police
Department), Chief of Police,
Robert Feller And
XYZ Insurance Company

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 05-0636

JUDGE DOHERTY

MAGISTRATE JUDGE METHVIN

TO: (Name and address of Defendant)

MAYOR HILDA CURRY (CITY OF NEW IBERIA)
457 EAST MAIN STREET
SUITE 300
NEW IBERIA, LOUISIANA 70560

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

MAY 3 2005
DATE

_Nancy C. McSinity_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

Euris Lawrence

V.

City of New Iberia
(New Iberia Police
Department), Chief of Police,
Robert Feller And
XYZ Insurance Company

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 05-0636

JUDGE DOHERTY

MAGISTRATE JUDGE METHVIN

TO: (Name and address of Defendant)

ROBERT FELLER (CHIEF OF POLICE)
457 EAST MAIN STREET
SUITE 104
NEW IBERIA, LOUISIANA 70560

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

MAY 3 2005
DATE

(By) DEPUTY CLERK